552 A.2d 1390

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Karl SANDERS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1988.

Decided Feb. 3, 1989.

Silvio F. Modafferi, John Packel, Leonard N. Sosnov, Benjamin Lerner, Philadelphia, for amicus—Defender Assoc. of Philadelphia.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Philadelphia, Harriet R. Brumberg, for appellee.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of February 1989, the above-captioned appeal is dismissed as having been improvidently granted.